UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET WATSON,

    Plaintiff,

CASE NO. 18-10689

HON. MARIANNE O. BATTANI

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Bridget Watson brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Commissioner denying her application for a period of disability, disability insurance benefits, and supplemental security income benefits. The case was referred to Magistrate Judge Stephanie Dawkins Davis pursuant to 28 U.S.C. § 636(b)(1)(B) to review the final decision.

The parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") dated February 25, 2019, Magistrate Judge Davis recommended that Defendant's motion be granted and that Plaintiff's motion be denied. In her R&R, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within 14 days of service and that a party's failure to file objections would waive any further right of appeal. (ECF No. 14 at 22).

Neither party filed an objection. Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Moreover, this Court agrees with the thorough analysis contained in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED.**

_____
HON. MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: 3/25/19

### CERTIFICATE OF SERVICE

Copies of this Order were mailed to counsel of record on this date by e-filing and/or ordinary mail.

_____
Case Manager